.

JANAE NICOLE MOSELEY
815 N MAPLE DR
BRAXTON, MS 39044

JORA CREDIT
P.O. BOX 8407
PHILADELPHIA, PA 19101

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KEESLER FEDERAL CREDIT
P.O. BOX 7001
BILOXI, MS 39534

BOOST CREDIT LINE
1920 ALCOTT AVE
CHICO, CA 95928

RISE CREDIT
ATTN: BANKRUPTCY
PO BOX 101808
FORT WORTH, TX 76185

CADENCE BANK
P.O. BOX 43467
BIRMINGHAM, AL 35243

RIVERTST FCU
PO BOX 97997
PEARL, MS 39288

CHILDRENS MEDICAL GROU
1867 CRANE RIDGE DR
JACKSON, MS 39216

RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL
STE 100
NORCROSS, GA 30071

CLEAR AIR LENDING
PO BOX 1429
NICE, CA 95464

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

CRANE FINANCE
2108 GRANDE AVE
WAUSAU, WI 54403

TRIVERITY
26263 FOREST BLVD
WYOMING, MN 55092

CUSTOMER CARE GLOBAL
2500 N HIGGINS RD
STE 950
HOFFMAN ESTAT, IL 60169

TRS RECOVERY
P.O. BOX 60022
CITY OF INDUS, CA 91716

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
951 YAMATO RD, STE 175
BOCA RATON, FL 33431

ZACHARY GOODSON
1228 MUSE RD
FLORENCE, MS 39073