United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 25-03096-KMS
Janae Nicole Moseley                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jan 26, 2026      Form ID: n031      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janae Nicole Moseley, 815 N Maple Dr, Braxton, MS 39044-6005 |
| 5598029 | + | Childrens Medical Grou, 1867 Crane Ridge Dr, Jackson, MS 39216-4956 |
| 5598037 | + | Rivertst Fcu, Po Box 97997, Pearl, MS 39288-7997 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5598027 | | Email/Text: mtle@mechoopda-nsn.gov | Jan 26 2026 19:31:00 | Boost Credit Line, 1920 Alcott Ave, Chico, CA 95928 |
| 5598030 | | Email/Text: accountmanagement@clearairlending.com | Jan 26 2026 19:31:00 | Clear Air Lending, PO Box 1429, Nice, CA 95464 |
| 5602643 | + | Email/Text: bankruptcy@cadencebank.com | Jan 26 2026 19:31:00 | Cadence Bank, PO BOX 1727, Tupelo, MS 38802-1727 |
| 5598028 | + | Email/Text: bankruptcy.dept@cadencebank.com | Jan 26 2026 19:31:00 | Cadence Bank, P.O. Box 43467, Birmingham, AL 35243-0467 |
| 5598032 | ^ | MEBN | Jan 26 2026 19:29:06 | Customer Care Global, 2500 N Higgins Rd, Ste 950, Hoffman Estat, IL 60169 |
| 5598033 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 26 2026 19:31:00 | Freedom Mortgage, Attn: Bankruptcy, 951 Yamato Rd, Ste 175, Boca Raton, FL 33431-4444 |
| 5611748 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2026 19:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5598034 | | Email/Text: Bankruptcy@joracredit.com | Jan 26 2026 19:30:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 5598035 | + | Email/Text: melissa.martin@kfcu.org | Jan 26 2026 19:31:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5600622 | + | Email/Text: melissa.martin@kfcu.org | Jan 26 2026 19:31:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5613012 | | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2026 19:31:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5614096 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 26 2026 19:31:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5598036 | + | Email/Text: elevate@ebn.phinsolutions.com | Jan 26 2026 19:31:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5598038 | + | Email/Text: BKNC@rlselaw.com | Jan 26 2026 19:31:00 | Rubin Lublin, LLC, 3145 Avalon Ridge Pl, Ste |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: n031 | Total Noticed: 20 |

| Recip ID | | | | |
|---|---|---|---|---|
| 5598039 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Jan 26 2026 19:43:44 | 100, Norcross, GA 30071-1570<br>Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5598041 | Email/Text: CollectionsCompliance@firstdata.com | | Jan 26 2026 19:31:00 | TRS Recovery, P.O. Box 60022, City of Indus, CA 91716 |
| 5598040 | ^ MEBN | | Jan 26 2026 19:28:56 | Triverity, 26263 Forest Blvd, Wyoming, MN 55092-8033 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5598031 | ##+ | Crane Finance, 2108 Grande Ave, Wausau, WI 54403-6912 |
| 5598042 | ##+ | Zachary Goodson, 1228 Muse Rd, Florence, MS 39073-9140 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2026              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Janae Nicole Moseley trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−03096−KMS
Chapter: 13

**In re:**

Janae Nicole Moseley
aka Janae N Moseley
815 N Maple Dr
Braxton, MS 39044

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 26, 2026 (Dkt. # 15 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 26, 2026                                  Danny L. Miller, Clerk of Court