UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  JANAE NICOLE MOSELEY

    DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-03096 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

    RIVERTRUST FCU
    PO BOX 97997
    PEARL, MS  39208

    Court Claim No. 7

    Amount of Claim: $6,652.25

    Classification:  SECURED

    Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtor to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

                                                                                 */s/  David Rawlings*

                                                                                 David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

I, David Rawlings, do hereby certify that on March 04, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

| | |
|---|---|
| JANAE NICOLE MOSELEY<br>815 N Maple Dr<br>Braxton, MS  39044 | THOMAS C. ROLLINS, JR<br>P O Box 13767<br>Jackson, MS  39236 |
| RIVERTRUST FCU<br>PO BOX 97997<br>PEARL, MS  39208 | |

*/s/  David Rawlings*
DAVID RAWLINGS, TRUSTEE